**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ronald Wendell DOBY, Defendant-Appellant.**

No. 17-6843

United States Court of Appeals, Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Ronald Wendell Doby, Appellant Pro Se. Stephen Eugene Anthony, Thomas Arthur Garnett, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Wendell Doby appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Doby*, No. 3:08-cr-00029-HEH-DJN-1 (E.D. Va. June 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*